[L. A. No. 6341.  In Bank.—November 14, 1919.]

A. R. G. BUS COMPANY (a Corporation), Petitioner, v. BOARD OF PUBLIC UTILITIES OF THE CITY OF LOS ANGELES, Respondent.

[1] CERTIORARI—ACTION OF CITY BOARD OF PUBLIC UTILITIES—LEGISLATIVE CHARACTER.—*Certiorari* will not lie to review the action of a city board of public utilities where such action is purely legislative in character.

APPLICATION for Certiorari to review an act of the Board of Public Utilities of the City of Los Angeles. Denied.

The facts are stated in the opinion of the court.

Alfred H. McAdoo for Petitioner.

THE COURT.—[1]  The court is of the opinion that the action of the Board of Public Utilities of the City of Los Angeles which is sought to be reviewed herein, was purely legislative in character.  It follows that *certiorari* will not lie. Solely on that ground the application is denied.

All the Justices concurred.